AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:14-cv-12512-LJM-MJH
Hon. Laurie J. Michelson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: American Heritage Life Insurance Company

Date of Service: June 30, 2014

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

**X** Other (specify): U.S. Certified Mail - Return Receipt Requested upon Resident Agent the Corporation Company

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: David F. Zuppke, Esq.

Signature of Server:

Date: July 8, 2014

Server's Address: 25892 Woodward Avenue
Royal Oak, MI 48067

**DAVID F. ZUPPKE, PLC**
25892 Woodward Avenue
Royal Oak, MI 48067



**CERTIFIED MAIL**

9407 1118 9956 1504 5451 27

**RETURN RECEIPT REQUESTED**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X  The Corporation Company

B. Received By: (Please Print Clearly)

C. Date of Delivery
JUN 3 0 2014

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)

Delivery Address

City            State         ZIP + 4 Code

**Article Addressed To:**

American Heritage Life Insurance Company
Resident Agent:  The Corporation Company
30600 Telegraph Road
Bingham Farms MI 48025-4530